UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSEF J. NUNNER and  
ELSA M. NUNNER,

   Debtors.
_____/

Chapter 7  
Case No. 17-40653-MBM  
Hon. Marci B. McIvor

### **ORDER AUTHORIZING TRUSTEE'S FOURTH INTERIM DISTRIBUTION**

This matter came before the Court pursuant to the Trustee's Fourth Motion to Approve Interim Distribution (Docket #93, "the Motion"). Notice of the Motion was served upon the matrix of creditors and all interested parties as required by applicable bankruptcy rules. No objection or request for hearing was timely filed or served. The Court being duly advised in the premises:

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the Trustee is authorized to make a distribution of $1,312.78 to the State of Michigan, Department of Treasury, on account of its claim number 29, for application to unpaid individual income tax and interest owed for the year 2014 and 2015.

IT IS FURTHER ORDERED that the Trustee is authorized to make a distribution of $8,687.22 to the Internal Revenue Service, on account of its claim number 28, for application to unpaid individual income tax and interest owed for the year 2014 and, to the extent satisfied, to unpaid individual income tax and interest owed for the year 2015.

IT IS FURTHER ORDERED that in the event a claim is subsequently filed in this case asserting a priority claim, including any claim for unpaid pre-petition taxes, the Trustee shall not be required to request or seek disgorgement of the interim distributions authorized under this order.

**Signed on March 15, 2019**


/s/ Marci B. McIvor
**Marci B. McIvor**
**United States Bankruptcy Judge**