# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No.: | 17-40653 | | Trustee Name: | Charles L. Wells, III |
| Case Name: | NUNNER, JOSEF J. AND NUNNER, ELSA M. | | Date Filed (f) or Converted (c): | 01/18/2017 (f) |
| For the Period Ending: | 03/31/2019 | | §341(a) Meeting Date: | 02/23/2017 |
| | | | Claims Bar Date: | 06/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home 1147 Knob Creek Drive Rochester MI 48306-0000 Oakland | $540,000.00 | $7,149.29 | | $7,149.29 | FA |
| 2 | 2010 Mercedes ML350 | $15,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2004 Mercedes CL500 68000 MILES | $7,000.00 | $0.00 | | $975.00 | FA |
| 4 | Furniture/Furnishings/Household Items | $4,000.00 | $0.00 | | $0.00 | FA |
| 5 | Household Electronics: Televisions/Misc | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 8 | Wedding Band/Misc Nominal Jewlery | $500.00 | $0.00 | | $0.00 | FA |
| 9 | Wedding RIng/Misc Nominal Jewelry | $1,200.00 | $0.00 | | $0.00 | FA |
| 10 | Cash | $20.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Included in Asset 13 | | | | | |
| 11 | Checking Comerica Bank: Checking Acct Ending 7099 | $60.63 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Included in Asset 13 | | | | | |
| 12 | Checking Comerica Bank: Checking Account Ending 6124 | $90.26 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Included in Asset 13 | | | | | |
| 13 | Settlement in non-exempt cash and Comerica accounts (u) | $0.00 | $342.80 | | $342.50 | FA |
| **Asset Notes:** | Includes Assets 10, 11 and 12 | | | | | |
| 14 | Promissory Note - Receivable (u) | $87,500.00 | $87,500.00 | | $60,000.00 | $27,500.00 |
| 15 | Promissory note payments received by Debtor after filing (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | | | |
|---|---|---|---|
| $656,570.89 | $99,992.09 | $73,466.79 | $27,500.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 05/15/2018 | Order Concerning Exemption in real property entered - initial payment of $3,000 payment due by 6/1/18, three payments of $1,000 monthly due after that. |
| 11/16/2017 | Order regarding exemption in vehicle entered - Debtor to retain vehicle and pay estate $975 for same. |
| 06/14/2017 | Order Compelling Debtors to turn over payments previously received under Promissory Note entered. |
| 05/23/2017 | Motion to Compel Turnover Nonexempt Property of the estate filed for turnover of payments previously received under Promissory Note. |
| 05/08/2017 | Receiving payments on promissory note |
| 04/12/2017 | Order Concerning Debtors' Claims of Exemptions entered - claim of exemption in 2004 Mercedes denied, claim of exemption in real property allowed except to the extent of any joint marital debt, non-exempt cash and bank deposits to be turned over to the estate. |
| 03/20/2017 | Attorney for trustee reviewing documentation |

| Case No.: | 17-40653 | | | Trustee Name: | Charles L. Wells, III |
| Case Name: | NUNNER, JOSEF J. AND NUNNER, ELSA M. | | | Date Filed (f) or Converted (c): | 01/18/2017 (f) |
| For the Period Ending: | 03/31/2019 | | | §341(a) Meeting Date: | 02/23/2017 |
| | | | | Claims Bar Date: | 06/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |

**Initial Projected Date Of Final Report (TFR):** 04/27/2019    /s/ CHARLES L. WELLS, III

**Current Projected Date Of Final Report (TFR):** 04/30/2020    CHARLES L. WELLS, III

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-40653 | | Trustee Name: | Charles L. Wells, III |
|---|---|---|---|---|
| Case Name: | NUNNER, JOSEF J. AND NUNNER, ELSA M. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3402 | | Checking Acct #: | ******3264 |
| Co-Debtor Taxpayer ID #: | **-***3403 | | Account Title: | |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2017 | (13) | ELISABETH NUNNER | Pmt p/o 4/12/17 | 1229-000 | $342.50 | | $342.50 |
| 05/08/2017 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $2,842.50 |
| 05/08/2017 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $5,342.50 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.22 | $5,336.28 |
| 06/09/2017 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $7,836.28 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.67 | $7,825.61 |
| 07/10/2017 | (15) | Elisabeth Nunner | Pmt p/o 6/14/17 | 1221-000 | $2,500.00 | | $10,325.61 |
| 07/12/2017 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $12,825.61 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.23 | $12,808.38 |
| 08/15/2017 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $15,308.38 |
| 08/22/2017 | (15) | Elisabeth Nunner | Pmt p/o 6/14/17 | 1221-000 | $500.00 | | $15,808.38 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $22.82 | $15,785.56 |
| 09/07/2017 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $18,285.56 |
| 09/29/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.24 | $18,258.32 |
| 10/02/2017 | 3001 | Gold, Lange & Majoros P.C. | Attorney for Trustee fees p/o 10/2/17 | 3210-000 | | $6,000.00 | $12,258.32 |
| 10/02/2017 | 3002 | Gold, Lange & Majoros P.C. | Attorney for Trustee expenses p/o 10/2/17 | 3220-000 | | $57.28 | $12,201.04 |
| 10/09/2017 | (14) | FERNDALE HONDA | Pmt on Promissory Note | 1221-000 | $2,500.00 | | $14,701.04 |
| 10/14/2017 | (15) | Elisabeth and Josef Nunner | Pmt p/o 6/14/17 | 1221-000 | $2,000.00 | | $16,701.04 |
| 10/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.41 | $16,671.63 |
| 11/10/2017 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $19,171.63 |
| 11/20/2017 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $19,171.63 | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 17-40653 | |
| **Case Name:** | NUNNER, JOSEF J. AND NUNNER, ELSA M. | |
| **Primary Taxpayer ID #:** | **-***3402 | |
| **Co-Debtor Taxpayer ID #:** | **-***3403 | |
| **For Period Beginning:** | 04/01/2018 | |
| **For Period Ending:** | 03/31/2019 | |

| | |
|---|---|
| **Trustee Name:** | Charles L. Wells, III |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******3264 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $25,342.50 | $25,342.50 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $19,171.63 | |
| | | | **Subtotal** | | $25,342.50 | $6,170.87 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $25,342.50 | $6,170.87 | |

**For the period of 04/01/2018 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/28/2017 to 3/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $25,342.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,342.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,170.87 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursement | $6,170.87 |
| Total Internal/Transfer Disbursements: | $19,171.63 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 17-40653 | | Trustee Name: | Charles L. Wells, III |
|---|---|---|---|---|
| Case Name: | NUNNER, JOSEF J. AND NUNNER, ELSA M. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3402 | | Checking Acct #: | ******0028 |
| Co-Debtor Taxpayer ID #: | **-***3403 | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/20/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $19,171.63 | | $19,171.63 |
| 12/04/2017 | (3) | Elisabeth Nunner | Pmt p/o 11/16/17 | 1129-000 | $975.00 | | $20,146.63 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $10.98 | $20,135.65 |
| 12/15/2017 | (14) | Ferndale Honda | Pmt on Promissory Note | 1221-000 | $2,500.00 | | $22,635.65 |
| 12/20/2017 | 5001 | Insurance Partners Agency, Inc. | Bond Payment | 2300-000 | | $7.93 | $22,627.72 |
| 12/30/2017 | 5002 | Gold, Lange & Majoros P.C. | Attorney for Trustee fees p/o 12/29/17 | 3210-000 | | $7,425.00 | $15,202.72 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $30.13 | $15,172.59 |
| 01/09/2018 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $17,672.59 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $30.46 | $17,642.13 |
| 02/19/2018 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $20,142.13 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $25.73 | $20,116.40 |
| 03/12/2018 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $22,616.40 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.30 | $22,583.10 |
| 04/11/2018 | (14) | Ferndale Honda | Pmt per Promissory Note | 1221-000 | $2,500.00 | | $25,083.10 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $37.64 | $25,045.46 |
| 05/07/2018 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $27,545.46 |
| 05/23/2018 | (1) | Elisabeth & Josef Nunner | Pmt p/o 5/15/18 | 1110-000 | $3,000.00 | | $30,545.46 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $44.34 | $30,501.12 |
| 06/04/2018 | 5003 | Internal Revenue Service | Pmt p/o 6/4/18 | 5800-000 | | $14,000.00 | $16,501.12 |
| 06/07/2018 | (14) | Ferndale Honda | Pmt per Promissory Note | 1221-000 | $2,500.00 | | $19,001.12 |
| 06/28/2018 | 5004 | Michigan Department of Treasury | Pmt p/o 6/26/18 | 5800-000 | | $2,115.64 | $16,885.48 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $41.55 | $16,843.93 |
| 07/03/2018 | (1) | Elisabeth and Josef Nunner | Pmt p/o 11/16/17 | 1110-000 | $1,000.00 | | $17,843.93 |
| 07/03/2018 | 5005 | Charles L. Wells, III | Pmt p/o 7/3/18 | 2100-000 | | $3,531.64 | $14,312.29 |
| 07/09/2018 | (14) | Ferndale Honda | Pmt per Promissory Note | 1221-000 | $2,500.00 | | $16,812.29 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $27.96 | $16,784.33 |
| 08/01/2018 | (1) | Elisabeth and Josef Nunner | Pmt p/o 5/15/18 | 1110-000 | $1,000.00 | | $17,784.33 |
| 08/06/2018 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $20,284.33 |
| 08/07/2018 | 5006 | Gold, Lange & Majoros P.C. | Attorney for trustee fees p/o 8/7/18 | 3210-000 | | $6,833.00 | $13,451.33 |
| 08/07/2018 | 5007 | Gold, Lange & Majoros P.C. | Attorney for trustee expenses p/o 8/7/18 | 3220-000 | | $187.55 | $13,263.78 |
| 08/29/2018 | (1) | Elisabeth and Josef Nunner | Pmt p/o 5/15/18 | 1110-000 | $1,000.00 | | $14,263.78 |

SUBTOTALS                $49,646.63        $34,382.85

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-40653 | | | Trustee Name: | Charles L. Wells, III |
|---|---|---|---|---|---|
| Case Name: | NUNNER, JOSEF J. AND NUNNER, ELSA M. | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3402 | | | Checking Acct #: | ******0028 |
| Co-Debtor Taxpayer ID #: | **-***3403 | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $23.75 | $14,240.03 |
| 09/07/2018 | (14) | Ferndale Honda | Pmt per Promissory note | 1221-000 | $2,500.00 | | $16,740.03 |
| 10/01/2018 | (1) | Elisabeth and Josef Nunner | Pmt p/o 5/15/18 | 1110-000 | $1,149.29 | | $17,889.32 |
| 10/05/2018 | (14) | Ferndale Honda | Pmt per Promissory Note | 1221-000 | $2,500.00 | | $20,389.32 |
| 11/07/2018 | (14) | Ferndale Honda | Pmt per Promissory Note | 1221-000 | $2,500.00 | | $22,889.32 |
| 12/12/2018 | 5008 | Insurance Partners Agency, Inc. | Bond Payment | 2300-000 | | $7.93 | $22,881.39 |
| 12/17/2018 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $25,381.39 |
| 12/20/2018 | 5009 | Michigan Department of Treasury | Pmt p/o 12/4/18 | 5800-000 | | $1,312.78 | $24,068.61 |
| 12/20/2018 | 5010 | Internal Revenue Service | Pmt p/o 12/4/18 | 5800-000 | | $8,687.22 | $15,381.39 |
| 01/09/2019 | (14) | Ferndale Honda | Pmt per Promissory Note | 1221-000 | $2,500.00 | | $17,881.39 |
| 02/13/2019 | (14) | Ferndale Honda | Pmt per Promissory Note | 1221-000 | $2,500.00 | | $20,381.39 |
| 03/06/2019 | (14) | Ferndale Honda | Pmt per promissory note | 1221-000 | $2,500.00 | | $22,881.39 |
| 03/06/2019 | 5011 | Gold, Lange & Majoros P.C. | Pmt p/o 3/5/19 | 3210-000 | | $2,677.50 | $20,203.89 |
| 03/06/2019 | 5012 | Gold, Lange & Majoros P.C. | Pmt p/o 3/5/19 | 3220-000 | | $104.94 | $20,098.95 |
| 03/17/2019 | 5013 | Michigan Department of Treasury | Pmt p/o 3/15/19 | 7200-000 | | $1,312.78 | $18,786.17 |
| 03/17/2019 | 5014 | Internal Revenue Service | pmt p/o 3/15/19 | 5800-000 | | $8,687.22 | $10,098.95 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $67,295.92 | $57,196.97 | $10,098.95 |
| Less: Bank transfers/CDs | $19,171.63 | $0.00 | |
| Subtotal | $48,124.29 | $57,196.97 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $48,124.29 | $57,196.97 | |

| For the period of 04/01/2018 to 03/31/2019 | | For the entire history of the account between 11/20/2017 to 3/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $37,149.29 | Total Compensable Receipts: | $48,124.29 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $37,149.29 | Total Comp/Non Comp Receipts: | $48,124.29 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $19,171.63 |
| Total Compensable Disbursements: | $49,633.44 | Total Compensable Disbursements: | $57,196.97 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements: | $49,633.44 | Total Comp/Non Comp Disbursement | $57,196.97 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 17-40653 | | Trustee Name: | Charles L. Wells, III |
|---|---|---|---|---|
| Case Name: | NUNNER, JOSEF J. AND NUNNER, ELSA M. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3402 | | Checking Acct #: | ******0028 |
| Co-Debtor Taxpayer ID #: | **-***3403 | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | $73,466.79 | $63,367.84 | $10,098.95 |

**For the period of 04/01/2018 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $37,149.29 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $37,149.29 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $49,633.44 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $49,633.44 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/20/2017 to 3/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $73,466.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $73,466.79 |
| Total Internal/Transfer Receipts: | $19,171.63 |
| | |
| Total Compensable Disbursements: | $63,367.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $63,367.84 |
| Total Internal/Transfer Disbursements: | $19,171.63 |

/s/ CHARLES L. WELLS, III

CHARLES L. WELLS, III